## FIRST STATE BANK OF MANNSVILLE v. LAWSON *et al.*

No. 2824.   Opinion Filed August ,6, 1913.

Rehearing Denied December 23, 1913.

(137 Pac. 661.)

*Error from County Court, Marshall County;*
*J. W. Falkner, Judge.*

Action in replevin by the First State Bank of Mannsville against A. P. Lawson and others to recover possession of personal property for the purpose of foreclosing a chattel mortgage thereon.   Judgment for defendants, and plaintiff brings error. Affirmed.

*E. D. Slough,* for plaintiff in error.

*Chas. A. Coakley, F. E. Kennamer, E. S. Hurt,* and *Geo. S. March,* for defendants in error.

Opinion by ROBERTSON, C.   This case involves the consideration of the identical question decided by this court in *First State Bank of Mannsville v. Howell et al., ante,* 137 Pac. 657. The opinion in that case is conclusive as to the issues herein, and we hereby adopt and promulgate that opinion as and for the opinion in this case.

For the reasons assigned, the judgment of the county court of Marshall county should be affirmed.

By the Court:   It is so ordered.